408 A.2d 528

Commonwealth v. Jackson, Appellant.

Submitted June 27, 1978.  Daniel-Paul Alva, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, P. J., and SPAETH, J., concurred in the result.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.